E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
TRITIA L. YUEN (Cal. Bar No. 255468)
Assistant United States Attorney
Riverside Branch Office
     3403 Tenth Street, Suite 200
     Riverside, California 92501
     Telephone: (951) 276-6222
     Facsimile: (213) 276-6202
     E-mail:    tritia.yuen2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE GRAND JURY IMPANELED APRIL 2022<br><br>IN RE: GRAND JURY | CR Misc. No. 22-00015<br><br>**UNDER SEAL** LODGING OF GOVERNMENT'S NOTICE TO THE COURT OF NAMES OF GOVERNMENT PERSONNEL RECEIVING DISCLOSURE OF GRAND JURY MATTERS UNDER RULE 6(E) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND CERTIFICATION OF ADVICE TO SUCH PERSONS OF SECRECY REQUIREMENTS<br><br>**LODGED UNDER SEAL UNDER AUTHORITY OF FED. R. CRIM. P. 6(e)(2)(B)** |

    Pursuant to Rule 6(e)(3)(B) of the Federal Rules of Criminal Procedure, the United States of America hereby lodges with the court, under seal, the attached Exhibit A setting forth the names of government personnel (including personnel of a state or state subdivision) whom the attorney for the government considers necessary to assist in performing that attorney's duty to enforce criminal law, and to whom disclosure of grand jury matters has been or will be made for that purpose pursuant to Rule 6(e)(3)(A)(ii).

    The undersigned Assistant United States Attorney hereby certifies that s/he has advised the government personnel listed in

Exhibit A of the grand jury secrecy obligations imposed by Rule 6(e) of the Federal Rules of Criminal Procedure.

Dated: October 3, 2022          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

       /s/
TRITIA L. YUEN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**EXHIBIT A**

GOVERNMENT PERSONNEL RECEIVING DISCLOSURE OF GRAND JURY MATTERS UNDER RULE 6(E)(3)(A)(II) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE:

| NAME | AGENCY |
| --- | --- |
| Manuel Dorado | Homeland Security Investigations |
| Tucker Axum | Homeland Security Investigations |
| Shane Van Gundy | Homeland Security Investigations |
| Anthony Negrelli | Homeland Security Investigations |
| Jessica Howard | Homeland Security Investigations |
| Traci Hepler | Homeland Security Investigations |
| Patrick Leivas | Redlands Police Department |
| Steve Truong | Redlands Police Department |
| Chad Parent | Redlands Police Department |